IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROBERT HARRISON                                                              PLAINTIFF

vs.                                Civil No. 04-4156

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                        DEFENDANT

## **JUDGMENT**

Comes now the Court on this 14th day of December, 2005, in accordance with the Memorandum Opinion entered in the above styled case on today's date, and hereby considers, orders and adjudges that the decision of the Commissioner of the Social Security Administration is affirmed and the plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED.

                                                         /s/ Bobby E. Shepherd
                                                         HONORABLE BOBBY E. SHEPHERD
                                                         UNITED STATES MAGISTRATE JUDGE